UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-190-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| MAURICE MONTRAE PARKS | |

This matter is before the court on the government's three motions in limine. (DE ## 30, 31, 37.) Defendant has not filed a response to any motion, and the time within which to do so has expired. For the reasons stated in the motions, the motions are ALLOWED.

This 27 December 2017.

_____
W. Earl Britt
Senior U.S. District Judge