UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No: 5:17-CR-190-1BR

UNITED STATES OF AMERICA
Plaintiff

vs.                                          ORDER

MAURICE MONTRAE PARKS
Defendant

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into

evidence on , be turned over to the case agent, James Avant, to be retained in his custody

until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 39 | Box containing Gun |
| 40 | Gun Mini 14 |

This  day of February, 2018

_____
W. Earl Britt
Senior U.S. District Judge

Agent's Signature: _____