IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00190-BR-1

UNITED STATES OF AMERICA :
:
v. :
:
MAURICE MONTRAE PARKS :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the guilty verdict by Jury Trial on February 07, 2018, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm and ammunition used in knowing violations of 18 U.S.C. § 922(g)(1) and 924, to wit, a Ruger, mini 14, .223 caliber rifle with serial number 18374244, and all accompanying ammunition;

AND WHEREAS, by virtue of said guilty verdict and other evidence, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the guilty verdict and other evidence as to the defendant Maurice Montrae Parks, the United States is hereby

1

authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at the time of sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 25 day of May, 2018.

W. Earl Britt
Sr. United States District Judge