# VIOLATION REPORT

**NAME:** Maurice Montrae Parks          **DOCKET NO.:** 5:17-CR-190-1M

**SUPERVISION BEGAN:** 1/26/2024

**JUDGE:** Honorable Richard E. Myers II      **EXPIRATION DATE:** 1/25/2027

**ORIGINAL OFFENSE:** Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2)

## NATURE OF VIOLATION(S) AND OFFICER'S EVIDENCE:

On June 15, 2026, the defendant was charged in Pitt County, North Carolina, with Misdemeanor Crime of Domestic Violence (26CR333842), and on June 16, 2026, with Misdemeanor Larceny (26CR333843). Parks contacted the undersigned officer and advised he was aware of the unserved warrants. The defendant vehemently denied guilt and advised the alleged victim is his ex-girlfriend, who has previously taken out charges on the defendant. Parks advised his ex-girlfriend contacted him after some of her children were hospitalized. The defendant advised that he went to her residence to assist between rotating going to the hospital and watching her disabled son. Parks advised that in between, he was working for Instacart, and his ex-girlfriend spent all the money he earned two days in a row. Parks advised they did engage in a verbal argument about the money and during that time, he stated he was leaving and was no longer going to assist her with the current situation. Parks advised shortly after leaving, his ex-girlfriend indicated she had taken charges out on him. The defendant intends to plead not guilty during state proceedings.

## PREVIOUS VIOLATIONS REPORTED TO COURT:

| VIOLATION | DATE REPORTED |
|---|---|
| A Violation Report was submitted to the court advising that on July 27, 2025, the defendant was charged in Pitt County, North Carolina, with Misdemeanor Crime of Domestic Violence (25CR371784). The defendant denied committing the offense and advised he intends to plead not guilty. It was respectfully recommended that Parks be continued on supervision, and should a conviction occur, a request for appropriate action would be submitted to the court. This case was dismissed on April 14, 2026. | 7/31/2025 |
| A Violation Report was submitted to the court advising the defendant was charged in Pitt County, North Carolina, with Robbery With a Dangerous Weapon (25CR376482). The defendant vehemently denied guilt and advised he intended to plead not guilty during state proceedings. It was respectfully recommended that Parks be continued on supervision, and should a conviction occur, a request for appropriate action would be submitted to the court. This case was dismissed on August 20, 2025. | 8/04/2025 |
| A Petition for Action was submitted to the court advising that on September 14, 2025, the defendant committed the criminal offenses of Driving While Impaired, Open Container After Consuming Alcohol, and Exceeding Posted Speed Limit in Greene County, North Carolina (25CR413326). According to investigative material, the defendant blew a .11 on the Intoxilyzer. Parks contacted the undersigned officer immediately after being released from custody and admitted | 9/16/2025 |

Maurice Montrae Parks
Docket No. 5:17-CR-190-1M
Violation Report
Page 2

to consuming alcohol earlier in the day before operating his motor vehicle. As a sanction for the criminal conduct, the probation office recommended that Parks be placed on 60 days curfew with location monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification and the court agreed.

**ACTION RECOMMENDED BY OFFICER:**

The defendant was instructed to go to the Magistrate's Office to have the warrant served and was also advised to not have any contact with the alleged victim. It is respectfully recommended that Parks be continued on supervision, and should a conviction occur, a request for appropriate action will be submitted.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Kyle W. Fricke
Kyle W. Fricke
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2336
Executed On: June 23, 2026

**DECISION OF JUDGE:**

____✔____ Agree with officer's recommendation
_____ Take following action:

Richard E Myers II          6/23/2026
Richard E. Myers II              Date
Chief U.S. District Judge